**Eugene COOPER, a/k/a Eugene E. Cooper, Plaintiff—Appellant,**

v.

**Matthew B. HAMIDULLAH, in his individual capacity; David Garcia, in his individual capacity, Defendants—Appellees.**

**No. 08–6674.**

United States Court of Appeals, Fourth Circuit.

Submitted: March 25, 2009.

Decided: April 6, 2009.

Eugene Cooper, Appellant Pro Se. Barbara Murcier Bowens, Assistant United States Attorney, Columbia, South Carolina, for Appellees.

Before WILKINSON, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eugene Cooper appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm the order of the district court. *See Cooper v. Hamidullah,* No. 4:07–cv–00113–TLW, 2008 WL 906704 (D.S.C. Mar. 31, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*